UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | NO. 3:10-cr-00107 |
| | ) | |
| JACOB D. LAUTT | ) | |

**Motion GRANTED. Hearing reset for 6/13/14 at 10:30 a.m.**

## JOINT MOTION TO CONTINUE

The United States of America, by and through David Rivera, United States Attorney for the Middle District of Tennessee, and the undersigned Assistant United States Attorney, along with Mariah A. Wooten, First Assistant Federal Public Defender, hereby jointly move this Honorable Court to continue the revocation hearing presently scheduled for April 11, 2014. The parties request a continuance in recognition of the fact that the defendant, Jacob D. Lautt, has recently completed certain treatment at the recommendation of the United States Probation Office, and to allow the defendant to establish his willingness and ability to resume compliance with the terms of his supervised release. The parties respectfully request that this case be continued for approximately 60 days, to a date and time convenient to the Court's calendar.

Respectfully submitted,

DAVID RIVERA
United States Attorney

BY: s/ William F. Abely
William F. Abely
Assistant United States Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203
Telephone: 615-736-5151