UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DISTRICT

==Motion GRANTED. The hearing is cancelled.== /s/ Judge Trauger

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 3:10-cr-00107 |
| v. ) | |
| ) | JUDGE TRAUGER |
| JACOB LAUTT ) | |

### GOVERNMENT'S MOTION TO DISMISS VIOLATION

The United States of America ("the Government"), by and through United States Attorney David Rivera, and the undersigned attorney, respectfully moves the court to dismiss the pending petition concerning the alleged violation of Defendant Jacob Lautt's supervised release (D.E. 6). In support of this Motion, the Government submits that it understands from the U.S. Probation Office that Defendant has been in compliance with most or all aspects of his supervision, and that revocation of his supervised release would not be appropriate.

Respectfully submitted,

DAVID RIVERA
United States Attorney for the
Middle District of Tennessee

BY: s/ William F. Abely
William F. Abely
Assistant United States Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203
Telephone: 615-736-5151